**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GENE GATHRIGHT, #322222,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:23-CV-1028-K-BH** |
| | ) | |
| **WAYNE MCCOLLUM DETENTION CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's complaint will be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

SO ORDERED.

**Signed January 3rd, 2024.**

**ED KINKEADE
UNITED STATES DISTRICT JUDGE**